IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00304-REB-PAC

ROGER E. PARSONS, JR.,

    Plaintiff(s),

v.

CITY OF CANON CITY, a Colorado municipal corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion to Amend Answer to Complaint [Doc. #19; filed July 2, 2007] is **GRANTED**.

    The proposed Amended Answer, attached to Doc. #19 as Ex. A, shall be filed this date.

Dated:  July 5, 2007