**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00304-REB-KLM

ROGER E. PARSONS, JR.,

    Plaintiff,

v.

CITY OF CANON CITY, a Colorado municipal corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulated Motion for Dismissal With Prejudice** [#27], filed October 9, 2007.   After careful review of the motion and the file, the court has concluded that the motion should be granted and that this should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion for Dismissal With Prejudice** [#27], filed October 9, 2007, is **GRANTED**;

    2. That the Trial Preparation Conference set for May 16, 2008, is **VACATED**;

    3. That the jury trial set to commence June 2, 2008, is **VACATED**; and

2

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 10, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**